585 A.2d 344

NOEL McMENAMY v. SERGHIO SERGHIDES AND
COSMOPOLITAN POOLS, INC., ET AL.

July 10, 1990.

Petition for certification denied.

585 A.2d 344

IN THE MATTER OF A PROPOSED REVALUATION FOR THE
CITY OF ENGLEWOOD FOR TAX YEAR 1988.

July 10, 1990.

Petition for certification denied.

585 A.2d 344

STATE OF NEW JERSEY v. CHRISTOPHER LEE.

July 10, 1990.

Petition for certification denied.

585 A.2d 344

STATE OF NEW JERSEY v. LEGRAND REYNOLDS.

July 10, 1990.

Petition for certification denied.